United States District Court
Southern District of Texas
**ENTERED**
May 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CHRISTIAN RIVERA-ANDUJAR ) | |
| ) | |
| VS. ) | CIVIL ACTION NUMBER |
| ) | M-25-0062 |
| UNITED STATES OF AMERICA ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus. After having reviewed said Report and Recommendation, and no objections having been filed thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 6 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 5th day of May, 2025, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE